IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| XIN LETTERER, a.k.a LINDSEY LETTERER, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 3-06-CV-0755-L |
| v. | § § | ECF |
| GUARANTY BANK and JESSE VILLARREAL, | § § § § | |
| Defendants. | § | |

## JOINT SETTLEMENT REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Guaranty Bank and Jesse Villarreal and Plaintiff Xin Letterer, a.k.a. Lindsey Letterer, through the undersigned attorneys of record in the above-styled and numbered civil action, and file this Joint Settlement Report.

On January 19, 2007, the parties began settlement discussions in an attempt to resolve this case. On February 5, 2007, Plaintiff provided Defendants with an offer to settle this case, but the parties were unable to reach an agreement. Although the parties are proceeding with discovery, they have agreed to continue their dialogue with respect to settlement.

Dated: February 5, 2007

Respectfully submitted,

THE LAW OFFICE OF MICHAEL P. KELLY

*Michael P. Kelly*

Michael P. Kelly
State Bar No. 11227280
E-Mail: mptkelly@sbcglobal.net
P.O. Box 150589
4024 Elm Street, Suite A
Dallas, Texas 75226
Telephone: (214) 821-7255
Facsimile: (214) 821-7251

*with permission Sandra White, 24003165 (State Bar No.)*

ATTORNEY FOR PLAINTIFF
XIN LETTERER, a.k.a. LINDSEY LETTERER


BRACEWELL & GIULIANI LLP

   s/ Mario A. Barrera

Mario A. Barrera
State Bar No. 01805915
E-Mail: mario.barrera@bgllp.com
800 One Alamo Center
106 South St. Mary's Street
San Antonio, Texas 78205-3603
Telephone: (210) 226-1166
Facsimile: (210) 226-1133

Lon R. Williams, Jr.
E-Mail: lon.williams@bgllp.com
State Bar No. 21603200
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711
Telephone: (214) 468-3800
Facsimile: (214) 468-3888

ATTORNEYS FOR DEFENDANT
GUARANTY BANK and
JESSE VILLARREAL